## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN DIOR COUTURE, S.A., <br><br> Plaintiff, <br><br> v. <br><br> YIWU AIDAILA JEWELRY FACTORY, et al., <br><br> Defendants. | Case No. 21-cv-04828 <br><br> **Judge Virginia M. Kendall** <br><br> **Magistrate Judge M. David Weisman** |

### FINAL JUDGMENT ORDER

This action having been commenced by Plaintiff Christian Dior Couture, S.A. ("Plaintiff or "Dior") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified on Schedule A attached hereto (collectively, the "Seller Aliases") and Dior having moved for entry of Default and Default Judgment against the defendants identified on Schedule (collectively, the "Defaulting Defendants") based on Dior's action for trademark infringement, counterfeiting, false designation of origin, and copyright infringement;

This Court having entered upon a showing by Dior, a temporary restraining order and preliminary injunction against Defaulting Defendants which included a domain name transfer order and asset restraining order;

Dior having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces and Domain Names.

notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, and have sold products bearing unauthorized copies of the Dior Copyrighted Designs (including U.S. Copyright Registration Nos. VA 657-906, VA 655-762, VA 657-903, VA 657-904, and VA 657-905) and/or using infringing and counterfeit versions of the CHRISTIAN DIOR Trademarks (a list of which is included in the below chart).

| Registration Number | Registered Trademark | Registration Date | International Classes |
|---|---|---|---|
| 543,994 | CHRISTIAN DIOR | June 19, 1951 | For: Handbags and pocketbooks in Class 018. |
| 580,207 | CHRISTIAN DIOR | September 22, 1953 | For: Jewelry for personal wear, not including watches-namely, trinkets, necklaces, bracelets, finger rings, earrings, brooches, and ornamental clips made in whole of, in part of, or plated with precious metals in class 014. |
| 954,404 | CHRISTIAN DIOR | March 6, 1973 | For: Eyeglass frames, sunglasses and eyeglass cases in Class 009. |
| 1,123,944 | CD | August 14, 1979 | For: Optical apparatus – namely, eyeglass frames in Class 009. |

| Registration Number | Registered Trademark | Registration Date | International Classes |
|---|---|---|---|
| | | | For: Jewelry and horological instruments – namely, women's costume jewelry, bracelets, and watches for men and women in Class 014.<br><br>For: Articles made from leather and imitations thereof, namely, luggage for men and women in Class 018.<br><br>For: Women's blouses, skirts, dresses, jackets, suits, coats; Men's suits, belts and sport jackets in Class 025. |
| 1,776,536 | | June 15, 1993 | For: Carry-on bags; change purses; clutch bags; clutch purses; golf umbrellas; handbags; luggage; passport cases, holders or wallets; pocketbooks; purses; shoulder bags; all-purpose sports bags; suitcases; tote bags; travel bags; and wallets in Class 018.<br><br>For: Clothing for use by men, women and children; namely, blouses; gloves; vests in Class 025. |
| 1,872,313 | | January 10, 1995 | For: Eyeglass frames and parts thereof; sunglasses in Class 009.<br><br>For: Rings in Class 014. |
| 1,923,564 | Dior | October 3, 1995 | For: Belt buckles of precious metals for clothing; brooches; charms; costume jewelry; ear clips; jewelry; jewelry lapel pins; ornamental pins; pendants; watch bands; watch chains; watch fobs; and watches in Class 014. |

| Registration Number | Registered Trademark | Registration Date | International Classes |
|---|---|---|---|
| | | | For: billfolds; business card cases; carry-on bags; change purses; clutch bags; clutch purses; coin purses; credit card cases; drawstring pouches; handbags; key cases; overnight bags; passport cases, holders or wallets; purses; shoulder bags; and wallets in Class 018. |
| 2,240,163 | | April 20, 1999 | For: clutch bags, change purses, pocketbooks, purses, wallets in class 018. |
| 3,561,323 | | January 13, 2009 | For: optical apparatus and instruments, namely, spectacles, sunglasses, spectacle cases, and spectacle frames in Class 009. |
| 2,749,176 | | August 12, 2003 | For: Athletic bags; attache cases; baby carriers worn on the body; backpacks; beach bags; beach umbrellas; billfolds; book bags; briefcase-type portfolios; briefcases; business card cases; carry-on bags; non-motorized collapsible luggage carts; change purses; clutch bags; clutch purses; coin purses; cosmetic cases sold empty; credit card cases; diaper bags; document cases; drawstring pouches; duffel bags; fanny packs; felt pouches; garment bags for travel; golf umbrellas; gym bags; handbags; hat boxes for travel; key cases; knapsacks; luggage; overnight bags; overnight cases; parasols; passport cases, holders and wallets; patio umbrellas; pocketbooks; purses; satchels; school bags; shoe bags for travel; leather shopping bags; mesh shopping bags; textile shopping |

| Registration Number | Registered Trademark | Registration Date | International Classes |
|---|---|---|---|
| | | | bags; shoulder bags; all-purpose sports bags; suitcases; toiletry cases sold empty; tote bags; travel bags; trunks for traveling; umbrellas; valises; vanity cases sold empty; waist packs; wallets in Class 018.<br><br>For: Clothing for use by men, women and children; namely, anoraks; aprons; ascots; babushkas; bandannas; bathing suits; bathrobes; belts; blazers; blouses; blousons; bodysuits; boleros; boots; boxer shorts; brassieres; briefs; baby buntings; caftans; camisoles; capes; caps; cardigans; chemises; clogs; cloth diapers; fur coats; suit coats; top coats; corselets; culottes; dresses; earmuffs; galoshes; garter belts; girdles; gloves; nightgowns; halter tops; hats; headbands; hosiery; jackets; jeans; jogging suits; jumpers; jumpsuits; kerchiefs; kimonos; leggings; leotards; loungewear; mittens; moccasins; mufflers; neckerchiefs; neckties; neckwear; negligees; nightshirts; overalls; overcoats; overshoes; pajamas; panties; pants; pantsuits; pantyhose; parkas; pedal pushers; peignoirs; pinafores; playsuits; pocket squares; ponchos; pullovers; raincoats; sandals; scarves; shawls; shirts; shorts; undershirts; shoes; sweat shorts; skirts; ski suits; slacks; snowsuits; socks; sport coats; sport shirts; stockings; stoles; suits; suspenders; sweat pants; sweatshirts; sweaters; t-shirts; trousers; tuxedos; underpants; vests; vested suits; and warm-up suits in Class 025. |

| Registration Number | Registered Trademark | Registration Date | International Classes |
|---|---|---|---|
| 5,173,476 | DIOR SO REAL | April 4, 2017 | For: Eyeglasses, sunglasses, goggles for sports; spectacle frames, spectacle cases; containers for contact lenses; protective cases, bags, satchels and covers for computers, tablets, mobile telephones and MP3 players in Class 009.<br><br>For: Jewelry; precious stones; precious metals and their alloys, jewelry bracelets, jewelry brooches, jewelry necklaces, jewelry chains, medals, pendants, earrings, rings, charms, tie pins; cuff links; key rings of precious metals; jewelry cases; boxes of precious metal; boxes, cases and presentation cases for timepieces and jewelry; timepieces, chronometric instruments, watches, watch bands in Class 014.<br><br>For: Leather and imitation leather; animal skins and furs; trunks and suitcases; wallets; coin purses; credit card holders; briefcases of leather or imitation leather; key cases of leather or imitation leather; garment bags for travel; all-purpose carrying bags, backpacks, handbags, traveling bags; vanity cases sold empty; clutch bags of leather; toiletry and make-up bags sold empty; boxes of leather; umbrellas in Class 018. |
| 5,505,434 | J'ADIOR | July 3, 2018 | For: Eyeglasses, sunglasses, goggles for sports; spectacle frames, spectacle cases; protective cases, bags, satchels and covers for computers, tablets, mobile telephones and MP3 players; cases |

| Registration Number | Registered Trademark | Registration Date | International Classes |
|---|---|---|---|
| | | | for telephones, protective cases for telephones in Class 009.<br><br>For: Jewelry, jewelry articles; precious and semi-precious stones; pearls; precious metals and their alloys; items of jewelry, namely, bracelets, brooches, necklaces, chains, medals, pendants, earrings, rings, and charms; tie pins; cuff links; key rings; jewelry cases; boxes of precious metals; presentation boxes and cases for jewelry and timepieces; timepieces; chronometric instruments; watches; watch bands; watch dials; chronographs in Class 014.<br><br>For: Leather and imitation leather; animal skins and fur pelts; trunks and suitcases; wallets; coin purses; credit card holders; briefcases of leather or imitation leather; attaché cases and document cases of leather and imitation leather; protective covers for clothing, namely, garment bags for travel; key cases of leather or imitation leather; all-purpose carrier bags; backpacks; handbags; traveling bags; vanity cases sold empty; clutch bags of leather; traveling sets being luggage of leather; toiletry and make-up bags sold empty; leather boxes not being jewelry boxes; umbrellas; shoulder belts of leather in Class 018.<br><br>For: Clothing, namely, layettes, bibs not of paper, bath robes, bathing suits, shorts, belts, suspenders, blouses, cardigans, trousers, overalls, combinations, shirts, t-shirts, skirts, polo shirts, |

| Registration Number | Registered Trademark | Registration Date | International Classes |
|---|---|---|---|
| | | | pullovers, vests, dresses, coats, tailleurs, parkas, overcoats, blousons, jackets, underwear, furs being clothing, wedding dresses, gloves, mittens, scarves, stoles, sashes for wear, shawls, neckties, collars, caps, hats, visors, hosiery, men's suits, ponchos, raincoats, socks, tights, leggings, pajamas, tracksuits, cuffs, and bedroom slippers; footwear; beach, ski, and sports footwear; boots; ankle boots; sandals; pumps being footwear; esparto shoes and sandals; headbands; headwear; headgear being knitted caps; clothing for sports, namely, shorts and shirts; clothing for children, namely, hats, shorts, dresses, and shoes in Class 025. |
| 3,002,132 | | September 27, 2005 | For: Jewelry; jewelry chains; charms, medals; pins being jewelry in Class 014. |
| 2,790,589 | | December 9, 2003 | For: Optical apparatus and instruments, namely, spectacles, sunglasses in Class 009.<br><br>For: Precious metals in general and their alloys sold in bulk; precious metals and their alloys sold at retail; jewelry, charms, medals in Class 014.<br><br>For: Clothing for use by men, namely, blousons; boxer shorts; cardigans; neckties; neckwear; pants; pullovers; scarves; shirts; shorts; sweat shorts; sport shirts; sweatshirts; sweaters; t-shirts; trousers in Class 025. |

| Registration Number | Registered Trademark | Registration Date | International Classes |
|---|---|---|---|
| 4,541,171 | | June 3, 2014 | Spectacles being optics; optical goods, namely, spectacles, sunglasses, anti-glare goggles for use in sports, sports eyewear, spectacle cases; telephone peripherals, namely, cases, telephone earphones and microphones in Class 009.<br><br>Jewelry; precious and semi-precious stones and imitations thereof, timepieces and chronometric instruments, precious metals and alloys thereof; works of art of precious metal; jewelry cases of precious metal; boxes of precious metal; watch cases, bracelets, chains, springs or glasses; key rings being trinkets or fobs of precious metal; cases or presentation cases, namely, boxes for timepieces; medals; charms; earrings made of precious metals in Class 014.<br><br>Leather and imitations of leather; trunks and suitcases; [ umbrellas, parasols and walking sticks; ] wallets; purses, namely, coin purses; handbags, backpacks, wheeled bags; bags for climbers and campers in the nature of all-purpose carrying bags; travel bags, beach bags, school bags; card cases being wallets; vanity cases sold empty; key cases as leather goods; textile bags or mesh bags for shopping; bags or small bags, namely, envelopes, pouches of leather for packaging in Class 018.<br><br>Clothing, namely, t-shirts, blouses, jeans, pants, socks, shorts, underwear, shirts, neckties, |

| Registration Number | Registered Trademark | Registration Date | International Classes |
|---|---|---|---|
| | | | sweaters, pullovers, skirts, trousers, coats, jackets, rainproof jackets and coats, scarves, waistcoats, ski suits, swimming costumes; headgear, namely, hats, caps; leather or imitation leather clothing, namely, pants, dresses, skirts, trousers, coats, jackets, gloves; belts being clothing; fur coats; gloves being clothing in Class 025. |
| 4,853,081 | | November 17, 2015 | Spectacles; optical goods, namely, sunglasses, anti-glare goggles for use in sports, sport eyewear, optical lenses and glasses; spectacle frames; spectacle cases; portable telephones; telephone apparatus, namely, cases, telephone earphones and microphones; chains for spectacles in Class 009.<br><br>Jewelry; precious and semi-precious stones and imitations thereof; timepieces and chronometric instruments, precious metals and alloys thereof; works of art of precious metal; jewelry cases; boxes of precious metal; watch cases, bracelets, chains, springs and glasses for watches; key rings trinkets and fobs of precious metals; statues, figurines and statuettes of precious metals; cases and presentation cases for timepieces; medals; charms; buckles of precious metal for jewelry in Class 014.<br><br>Leather and imitation leather; animal skins, pelts and hides; trunks and suitcases; umbrellas, parasols; wallets; coin purses; handbags; backpacks; wheeled bags; all-purpose carrying bags; |

| Registration Number | Registered Trademark | Registration Date | International Classes |
|---|---|---|---|
| | | | travel bags, beach bags, school bags; business card cases; unfitted vanity cases; key cases; textile and mesh bags for shopping; bags and small bags in the nature of envelopes and pouches of leather for packaging; envelopes and pouches of leather for packaging in Class 018. Clothing, namely, shirts, pants, jackets, socks, underwear, pull-overs, skirts, dresses, coats; footwear; headwear, namely, hats, caps; leather clothing, namely, jackets, coats, dresses, skirts, pants, hats, gloves; belts; furs, namely, fur coats, fur jackets, fur hats, fur stoles; gloves; scarves; neckties; hosiery; socks; bedroom slippers; beach, ski and sports footwear; underwear in Class 025. |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and copyright infringement (17 U.S.C. §§ 106 and 501, *et seq.*).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1.   Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a.   using the CHRISTIAN DIOR Trademarks or any reproductions, counterfeit copies or colorable imitations in any manner in connection with the distribution, marketing,

advertising, offering for sale, or sale of any product that is not a genuine Dior product or not authorized by Dior to be sold in connection with the CHRISTIAN DIOR Trademarks;

b. reproducing, distributing copies of, making derivative works of, or publicly displaying the Dior Copyrighted Designs in any manner without the express authorization of Dior;

c. passing off, inducing, or enabling others to sell or pass off any product as a genuine Dior product or any other product produced by Dior, that is not Dior's or not produced under the authorization, control or supervision of Dior and approved by Dior for sale under the CHRISTIAN DIOR Trademarks and/or the Dior Copyrighted Designs;

d. committing any acts calculated to cause consumers to believe that Defaulting Defendants' Unauthorized Dior Products are those sold under the authorization, control or supervision of Dior, or are sponsored by, approved by, or otherwise connected with Dior; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Dior, nor authorized by Dior to be sold or offered for sale, and which bear any of Dior's trademarks, including the CHRISTIAN DIOR Trademarks, or any reproductions, counterfeit copies or colorable imitations and/or which bear the Dior Copyrighted Designs.

2. The domain name registries for the Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within ten (10) business days of receipt of this Order, shall, at Dior's choosing:

a. transfer the Domain Names to Dior's control, including unlocking and changing the registrar of record for the Domain Names to a registrar of Dior's selection; or

b. disable the Domain Names and make them inactive and untransferable.

3.  The domain name registrars, including, but not limited to, GoDaddy Operating Company, LLC ("GoDaddy"), Name.com, PDR LTD. d/b/a PublicDomainRegistry.com ("PDR"), and Namecheap Inc. ("Namecheap"), within ten (10) business days of receipt of this Order, shall take any steps necessary to transfer the Domain Names to a registrar account of Dior's selection.

4.  Upon Dior's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces and Domain Names, including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"),  ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate, (collectively, the "Third Party Providers") shall within ten (10) business days of receipt of this Order, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of unauthorized and infringing goods using the CHRISTIAN DIOR Trademarks or bearing unauthorized copies of the Dior Copyrighted Designs.

5.  Pursuant to 15 U.S.C. § 1117(c)(2), Dior is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred fifty thousand dollars ($150,000) for willful use of counterfeit CHRISTIAN DIOR Trademarks on products sold through at least the Seller Aliases.  The one hundred fifty thousand dollar ($150,000) award shall apply to

each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in Schedule A.

6. Pursuant to 17 U.S.C. § 504(c)(2), Dior is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful copyright infringement of the Dior Copyrighted Designs. The one hundred thousand dollar ($100,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in Schedule A.

7. Dior may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, and Amazon Pay, by e-mail delivery to the e-mail addresses Dior used to serve the Temporary Restraining Order on the Third Party Providers.

8. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall within ten (10) business days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases, Online Marketplaces, and Domain Names from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

9. All monies, up to the above identified statutory damages award in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, are hereby released to Dior as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, are ordered to release to Dior

the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

10. Until Dior has recovered full payment of monies owed to it by any Defaulting Defendant, Dior shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall within ten (10) business days:

   a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases, Online Marketplaces, and Domain Names, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibits 5 and 6 to the Declaration of Nicolas Lambert, and any e-mail addresses provided for Defaulting Defendants by third parties;

   b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c. release all monies, up to the above identified statutory damages award, restrained in Defaulting Defendants' financial accounts to Dior as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

11. In the event that Dior identifies any additional online marketplace accounts, domain names or financial accounts owned by Defaulting Defendants, Dior may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibits 5 and 6 to the Declaration of Nicolas Lambert and any e-mail addresses provided for Defaulting Defendants by third parties.

15

12.    The ten thousand dollar ($10,000) surety bond posted by Dior is hereby released to Dior or its counsel, Greer, Burns & Crain, Ltd.  The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Dior or its counsel.

This is a Final Judgment.

DATED:  November 30, 2021

Virginia M. Kendall
United States District Judge

16

Christian Dior Couture, S.A.  v. Yiwu Aidaila Jewelry Factory, et al., - Case No. 21-cv-04828

# Schedule A

| Defendant Online Marketplaces | | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | aidaila.en.alibaba.com | Yiwu Aidaila Jewelry Factory |
| 2 | benzhou.en.alibaba.com | Quanzhou This Week Trading Co., |
| 3 | cnywjhec.en.alibaba.com | Yiwu Jinhan Electronic Commerce Co., Ltd |
| 4 | dgcardiff.en.alibaba | Dongguan Cardiff Jewelry Co., Ltd. |
| 5 | golong.en.alibaba.com | Xiamen Ganglong Techonology Co |
| 6 | hdljewelry.en.alibaba.com | Shenzhen Baoan District Fuyong |
| 7 | helenjewellery.en.alibaba.com | Guangzhou Haiyonglin Trade Firm |
| 8 | DISMISSED | DISMISSED |
| 9 | huixjewelry.en.alibaba | Yiwu Huixi Trading Co., Ltd. |
| 10 | jinjie2008.en.alibaba.com | Yiwu Jinjie Arts & Crafts Co., Ltd |
| 11 | jiuzunjewelry.en.alibaba.com | Jiuzun Crafts (shenzhen) Co., Ltd |
| 12 | kikijewelry.en.alibaba | Yiwu Qiju Jewelry Co., Ltd. |
| 13 | linsoir.en.alibaba.com | Yiwu Luyao Trading Co., Ltd |
| 14 | musecrush.en.alibaba.com | Dongguan Mingxi Hardware Acces |
| 15 | stptrading.en.alibaba.com | Xi'an Steeply trading Co., Ltd |
| 16 | wl-fitness.en.alibaba | Hengshui Fang Ao Trading Co., Ltd. |
| 17 | yinuojewelry.en.alibaba.com | Yiwu Yinuo Trade Co., Ltd |
| 18 | ywqianye.en.alibaba.com | Yiwu City Tongyi Jewelry Co., Ltd |
| 19 | zasmsp.en.alibaba.com | Guangzhou Zhen Ai Shi Mei Jewelry Co., Ltd |
| 20 | aliexpress.com/store/232680 | sea kids mall |
| 21 | aliexpress.com/store/2792214 | WELL MEN Store |
| 22 | aliexpress.com/store/3217135 | Kashmir Store |
| 23 | aliexpress.com/store/4422039 | ZHANGTAITAI Store |
| 24 | DISMISSED | DISMISSED |
| 25 | aliexpress.com/store/5065133 | VAIR MUDO Official Store |
| 26 | aliexpress.com/store/507939 | F.S. INTERNATIONAL TEXTILES LIMITED |
| 27 | aliexpress.com/store/5203015 | Shop5203015 Store |
| 28 | aliexpress.com/store/5512038 | ULLAFLAMO Official Store |
| 29 | aliexpress.com/store/5636184 | Shop5636184 Store |
| 30 | aliexpress.com/store/5683017 | Shop5683017 Store |
| 31 | aliexpress.com/store/5721063 | LTSYUO Store |
| 32 | aliexpress.com/store/5839107 | Shop5839107 Store |
| 33 | aliexpress.com/store/5890459 | Shop5890459 Store |
| 34 | aliexpress.com/store/627244 | mantis shrimp Store |

| 35 | aliexpress.com/store/910665039 | LxqZym Empress Store |
| 36 | aliexpress.com/store/910719089 | SIDOMRI Store |
| 37 | aliexpress.com/store/910721114 | Reall Store |
| 38 | aliexpress.com/store/910737162 | Shop910737162 Store |
| 39 | aliexpress.com/store/911402016 | The women's shoe store in Levine Store |
| 40 | aliexpress.com/store/911412446 | bch bags Store |
| 41 | aliexpress.com/store/911415589 | MAOGU FAST Official Store |
| 42 | aliexpress.com/store/911424006 | DUDUFUZHUANG Store |
| 43 | aliexpress.com/store/911566143 | Shop911566143 Store |
| 44 | aliexpress.com/store/911568161 | XLin Store |
| 45 | aliexpress.com/store/911603581 | Shop911603581 Store |
| 46 | aliexpress.com/store/911748306 | UUFASHION Store |
| 47 | aliexpress.com/store/911748638 | Pajama shop Store |
| 48 | aliexpress.com/store/911754878 | brilliant homey party store Store |
| 49 | aliexpress.com/store/911761900 | fengshengendian66 Store |
| 50 | aliexpress.com/store/911796987 | SHIMI Store |
| 51 | aliexpress.com/store/911798371 | HSQZ Store |
| 52 | aliexpress.com/store/911814255 | AOTTLA Specialty Store |
| 53 | aliexpress.com/store/911819388 | Angels Luo Store |
| 54 | aliexpress.com/store/911836185 | zou-empire Store |
| 55 | aliexpress.com/store/911880188 | Shi-Qin2 Store |
| 56 | aliexpress.com/store/911928525 | AH Up Store |
| 57 | aliexpress.com/store/911934148 | Saetta Store |
| 58 | aliexpress.com/store/911934183 | Ayden quality bag Store |
| 59 | aliexpress.com/store/911940128 | YICHENG Casual Store |
| 60 | aliexpress.com/store/911940164 | VanFoot Store |
| 61 | DISMISSED | DISMISSED |
| 62 | aliexpress.com/store/911980041 | +008613113991478 Store |
| 63 | aliexpress.com/store/912000110 | Binwe Footwear Store |
| 64 | aliexpress.com/store/912016349 | 568 Shoe Store |
| 65 | aliexpress.com/store/912021134 | BEVIVID BAG Store |
| 66 | aliexpress.com/store/912026149 | CherryGirl-001 Store |
| 67 | aliexpress.com/store/912060497 | Dreamy Hut Store |
| 68 | aliexpress.com/store/912064053 | KK Kids clothes Store |
| 69 | aliexpress.com/store/912065423 | YSH BUTZ Store |
| 70 | aliexpress.com/store/912071418 | hand to hand shop Store |
| 71 | aliexpress.com/store/912072158 | Stylish city Store |
| 72 | aliexpress.com/store/912098021 | meaet-Fashion Store |
| 73 | aliexpress.com/store/912120055 | YangFa Girl Store |
| 74 | aliexpress.com/store/912152522 | yourRR 01 Store |
| 75 | aliexpress.com/store/912157130 | zhouliang Store |
| 76 | aliexpress.com/store/912157307 | A-J 7 Store |
| 77 | aliexpress.com/store/912157407 | ANDER21622 Store |

| 78 | aliexpress.com/store/912175303 | Ivin Down jacket Store |
|---|---|---|
| 79 | aliexpress.com/store/912175665 | haohaorui129 Store |
| 80 | DISMISSED | DISMISSED |
| 81 | aliexpress.com/store/912177053 | QingBao Store |
| 82 | aliexpress.com/store/912177982 | Erzixiu couture Store |
| 83 | aliexpress.com/store/912182047 | clj Store |
| 84 | aliexpress.com/store/912183431 | Q-Princess Store |
| 85 | aliexpress.com/store/912185963 | JIALAI123456 Store |
| 86 | aliexpress.com/store/912186258 | JIALE Store |
| 87 | aliexpress.com/store/912189686 | Kitchen storage franchise Store |
| 88 | aliexpress.com/store/912194069 | Jiajialehe Store |
| 89 | aliexpress.com/store/912215353 | BORRKE Store |
| 90 | aliexpress.com/store/912216465 | torridness Store |
| 91 | aliexpress.com/store/912217177 | Bunny Bags Store |
| 92 | aliexpress.com/store/912220138 | GSYYNSD888 Store |
| 93 | aliexpress.com/store/912223175 | Chenyu Belt Store |
| 94 | aliexpress.com/store/912225149 | YS SELECTION Store |
| 95 | aliexpress.com/store/912225452 | JIEXIYUE Store |
| 96 | aliexpress.com/store/912226186 | XITUTU Store |
| 97 | aliexpress.com/store/912237311 | Lzq33698 Store |
| 98 | aliexpress.com/store/912240201 | aana111 Store |
| 99 | aliexpress.com/store/912241299 | CHENDE Store |
| 100 | aliexpress.com/store/912252059 | GucciClothing Store |
| 101 | aliexpress.com/store/912253476 | sharmoon Store |
| 102 | aliexpress.com/store/912262032 | Hawaiian shirt Store |
| 103 | aliexpress.com/store/912265331 | xuehaoyue Store |
| 104 | aliexpress.com/store/912269013 | xiaochu Store |
| 105 | aliexpress.com/store/5371194 | Shop5371194 Store |
| 106 | aliexpress.com/store/5628095 | Shop5628095 Store |
| 107 | aliexpress.com/store/900246116 | JXSALLPLQ Small 7 Store |
| 108 | aliexpress.com/store/911710301 | HUAJUANER Trend Clothes Accessories Store |
| 109 | aliexpress.com/store/911718019 | Piercing Store |
| 110 | aliexpress.com/store/911831497 | Fancyli children Store |
| 111 | aliexpress.com/store/911986037 | Chuanxin8186 Store |
| 112 | aliexpress.com/store/912029483 | indulge in the wildest fantasy Store |
| 113 | aliexpress.com/store/912115106 | chenchuangdexiedian Store |
| 114 | liexpress.com/store/5626153 | Shop5626153 Store |
| 115 | amazon.com/sp?seller=A141NXGQT6MNUB | QDZYEYXGS |
| 116 | amazon.com/sp?seller=A14RPGZ9SX2JR6 | Miohfbomoer |
| 117 | amazon.com/sp?seller=A1YT4LK3JOOQ9B | Taokfjfj |
| 118 | DISMISSED | DISMISSED |
| 119 | amazon.com/sp?seller=A2JDMKXXOPGTS0 | DFRHN& |
| 120 | amazon.com/sp?seller=A2MCTHUT2DL6BK | JUNDDL& |

| 121 | amazon.com/sp?seller=A2W4MSZILP44S8 | LAMJUJU |
|-----|-------------------------------------|---------|
| 122 | amazon.com/sp?seller=A3BG0MCR70DI3D | RTNMJK& |
| 123 | amazon.com/sp?seller=A3BRJ7RIR8BF6F | MLAQRD& |
| 124 | amazon.com/sp?seller=A3PGU7TDV3J63F | TRAGUCCI& |
| 125 | amazon.com/sp?seller=AJE4PDOM54NIO | jing51174407j |
| 126 | dhgate.com/store/21081488 | kingremit02 |
| 127 | dhgate.com/store/21123460 | h13635968483 |
| 128 | dhgate.com/store/21148934 | mimi2006 |
| 129 | dhgate.com/store/21243135 | nuggets19872 |
| 130 | dhgate.com/store/21292461 | feng520yao |
| 131 | dhgate.com/store/21412533 | wegogoing |
| 132 | dhgate.com/store/21436360 | wholesalebagshop |
| 133 | dhgate.com/store/21650744 | brandstored |
| 134 | dhgate.com/store/21669015 | yugua55 |
| 135 | dhgate.com/store/21669395 | guapi55 |
| 136 | dhgate.com/store/21669651 | luxuryprada |
| 137 | dhgate.com/store/21670396 | guaji |
| 138 | dhgate.com/store/21670400 | guaban |
| 139 | dhgate.com/store/21670401 | guabu |
| 140 | dhgate.com/store/21670403 | guayan |
| 141 | dhgate.com/wholesale/products/ff80808164 7a1c8c01648d78d3db3753.html | waq1388 |
| 142 | dhgate.com/wholesale/products/ff80808178 3fddf00178a54bdda676ee.html | dh_shoes_clubs |
| 143 | everydayshopinn.net | everydayshopinn.net |
| 144 | fashionbykaran.com | fashionbykaran.com |
| 145 | fashionbykaran.com | fashionbykaran.com |
| 146 | fashionbykaran.com | fashionbykaran.com |
| 147 | obxob.com | obxob.com |
| 148 | obxob.com | obxob.com |
| 149 | obxob.com | obxob.com |
| 150 | rankabags.ru | rankabags.ru |
| 151 | rankabags.ru | rankabags.ru |
| 152 | topluxurymall.ru | topluxurymall.ru |

| No | URL | Name / Seller Alias |
|----|-----|---------------------|
| | **Defendant Domain Names** | |
| 1 | ubgallery05.store | ubgallery05.store |
| 2 | alneed.com | alneed.com |
| 3 | luxbag.vip | luxbag.vip |
| 4 | fasbags.us | fasbags.us |
| 5 | dioroutletonline.com | dioroutletonline.com |
| 6 | cheapdioroutlet.com | cheapdioroutlet.com |
| 7 | replicadiorbags.com | replicadiorbags.com |
| 8 | cheapbagsshopping.com | cheapbagsshopping.com |
| 9 | replicapursesre.com | replicapursesre.com |
| 10 | voguebagssale.com | voguebagssale.com |
| 11 | perfectimitationshop.com | perfectimitationshop.com |